No. 95–5869. MONROE *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–5874. NIXON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5875. LEE *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 95–5882. HAMBRICK *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 95–5883. HULL *v.* SIMS. Sup. Ct. Ga. Certiorari denied.

No. 95–5884. BELL *v.* DETELLA, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5887. WALLACE *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5889. BALLARD *v.* HOLLAND, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–5891. BROWN *v.* MAZZOLA ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5892. WEETS *v.* MATLOCK. Sup. Ct. Iowa. Certiorari denied.

No. 95–5893. VEY *v.* CASTOR, CHAIRMAN, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5898. SPIGELSKI *v.* BANASZAK. C. A. 3d Cir. Certiorari denied.

No. 95–5903. DAVIS *v.* CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5908. ROBERTS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–5909. SHACKLEFORD *v.* DECKER ET AL. C. A. 6th Cir. Certiorari denied.